IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD JONES | * | |
|     PLAINTIFF | * | |
| | * | |
| V. | * | |
| | * | CASE NO. 4:16CV00544 SWW |
| | * | |
| STATE FARM MUTUAL | * | |
| AUTOMOBILE INSURANCE | * | |
| COMPANY | * | |
|     DEFENDANT | * | |
| | * | |

# **ORDER**

The parties' joint motion to dismiss [ECF No. 8] is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 13TH DAY OF JULY, 2017.

                                                                      /s/Susan Webber Wright

                                                                      UNITED STATES DISTRICT JUDGE